1    JOHN V. JOHNSON
     341 Flume Street, Suite C
2    Chico, California 95928
     Telephone: (530) 893-0696
3    SBN 103137

4    Attorney for Plaintiff

5

6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8                            SACRAMENTO DIVISION

9    BEATRICE CORINA SANCHEZ,              )    Civ.  No. 2:15-CV-01370-EFB
                                           )
10                    Plaintiff,           )    STIPULATION FOR ATTORNEY'S FEES
                                           )    UNDER THE EQUAL ACCESS TO
11             vs.                         )    JUSTICE ACT, 28 U.S.C. Section 2412(d)
                                           )
12   CAROLYN W. COLVIN, Acting Commissioner )
     of  the Social Security Administration, )
13                                         )
                                           )
14                    Defendant.           )
                                           )
15   _____ )

16                                  STIPULATION

17         It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval

18   of the Court, that Beatrice Corina Sanchez will be awarded attorney fees in the amount of SIX THOUSAND and

19   NO CENTS DOLLARS ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This

20   amount represents compensation for all legal services rendered on behalf of Beatrice Corina Sanchez by counsel in

21   connection with this civil action before the United States District Court for the Eastern District of California in

22   accordance with 28 U.S.C. section 2412(d).

23         After the Court issues an order for EAJA fees to Beatrice Corina Sanchez, the Commissioner of the Social

24   Security Administration will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff,

25   130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are

26   subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for

27   EAJA fees is entered, the Commissioner of the Social Security Administration will determine whether they are

28   subject to any offset.

                                               1

1  Fees and expenses shall be made payable to Beatrice Corina Sanchez, but if the Department of the Treasury

2  determines that Beatrice Corina Sanchez does not owe a federal debt, then the government shall cause the payment

3  of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Beatrice Corina Sanchez.

4  Any payment made shall be delivered to John V. Johnson.

5  This stipulation constitutes a compromise settlement of Beatrice Corina Sanchez's request for EAJA

6  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of the Commissioner

7  of the Social Security Administration under EAJA. Payment of the agreed amount shall constitute complete release

8  from, and bar to, any and all claims that Beatrice Corina Sanchez and/or John V. Johnson may have relating to

9  EAJA attorney fees, expenses, and costs in connection with this action.

10                                        Respectfully Submitted,

11
                                          / s / John V. Johnson
12  DATED: January 11, 2017               (As authorized
                                          johnvjohnson@sbcglobal.net)
13                                        John V. Johnson
                                          Attorney for Plaintiff
14

15

16  DATED: January 11, 2017               PHILLIP TALBERT
                                          United States Attorney
17                                        DEBORAH L. STACHEL,
                                          Acting Regional Chief
18                                        Chief Attorney, Region IX
                                          Social Security Administration
19
                                          By: / s / Richard Rodriguez
20                                             Special Assistant
                                               U. S. Attorney
21                                             Attorney for Defendant
                                               Richard.Rodriguez@ssa.gov
22
                      **ORDER**
23
         APPROVED AND SO ORDERED.
24
    Dated:  January 17, 2017.
25
                                          EDMUND F. BRENNAN
26                                        UNITED STATES MAGISTRATE JUDGE

27

28
                                2